# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

JENNIFER PARKER,

               Petitioner

        v.

UNEMPLOYMENT COMPENSATION
BOARD OF REVIEW,

               Respondent

: No. 532 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.